IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CORY SLACK,

    Plaintiff,

vs.                                                            Case No. 3:22-cv-4221-LC-MAF

KILOLO KIJAKAZI,
Acting Comm'r of
Social Security Administration,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on the magistrate judge's Report and Recommendation dated February 21, 2023 (ECF No. 19), which recommends the reversal and remand of the Commissioner's decision to deny Plaintiff's claim for disability benefits because the decision is not supported by substantial evidence and is not premised on the proper legal principles under 42 U.S.C. § 405(g); Lewis v. Callahan, 128 F.3d 1436, 1440 (11th Cir. 1997).

The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (ECF No. 19), is ADOPTED and incorporated by reference in this order.

2. The Commissioner's decision is REVERSED AND REMANDED because it is not supported by substantial evidence and premised on the proper legal principles. 42 U.S.C. § 405(g); <u>Lewis v. Callahan</u>, 125 F.3d 1436, 1440 (11th Cir. 1997).

3. The Clerk is directed to CLOSE the file.

DONE AND ORDERED this 23rd day of March, 2023.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**